FRED H. PAUL et al., Copartners Doing Business under the Name of F. H. PAUL & STEIN BROS., Respondents, *v.* INSTITUTO ARGENTINO DE PROMOCION DEL INTERCAMBIO, Appellant.

Argued May 27, 1949; decided July 19, 1949.

*Milton Schilback, Joseph M. Godman* and *J. Jacques Stone* for appellant.

*Bernard Axler* for respondents.

*Per Curiam.* We hold that plaintiffs have satisfied the requirement of notice imposed upon them by Argentine law (Code of Commerce, art. 473). It is unnecessary, therefore, to determine whether enforcement of article 472 of the Argentine Code would be repugnant to the public policy of this State (see *Loucks* v. *Standard Oil Co.*, 224 N. Y. 99, 111). The judgment should be affirmed, with costs.

LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ., concur.

Judgment affirmed.